TURNER, APPELLANT, *v.* BRUNSMAN, WARDEN, APPELLEE.

[Cite as *Turner v. Brunsman,* 123 Ohio St.3d 445, 2009-Ohio-5588.]

*Habeas corpus — Dismissal affirmed — Sentencing error not cognizable in habeas corpus.*

(No. 2009-1129 — Submitted October 20, 2009 — Decided October 28, 2009.)

APPEAL from the Court of Appeals for Warren County, No. CA2009-02-021.

_____

**Per Curiam.**

{¶ 1} We affirm the judgment of the court of appeals dismissing the petition of appellant, Donald Turner, for a writ of habeas corpus. Turner's claim of nonjurisdictional sentencing errors is not cognizable in habeas corpus. See, e.g., *Dunn v. Smith*, 119 Ohio St.3d 364, 2008-Ohio-4565, 894 N.E.2d 312, ¶ 10. If, as Turner claims, the trial court refuses to issue a revised sentencing entry, he may compel the court to act through an action for a writ of mandamus or a writ of procedendo. Id. at ¶ 9.

Judgment affirmed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

_____

Donald Turner, pro se.

Richard Cordray, Attorney General, and William H. Lamb, Assistant Attorney General, for appellee.

_____